DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUSAN RAMALHO** and **DAVID O'CONNOR,**
Appellants,

v.

**BOCA FONTANA HOA, INC.,**
Appellee.

No. 4D2025-3050

[July 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502024CA011476XXXAMB.

Lawrence A. Caplan of Lawrence A. Caplan, P.A., Boca Raton, for appellant.

Eric L. McAliley and Jade A. Manning of Lydecker LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Scott v. McCarty*, 41 So. 3d 989, 989 (Fla. 4th DCA 2010).

GROSS, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***